JOHN A. KENNEDY, JR. *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION (4698)

BORDEN, HULL and DALY, Js.

Argued November 12—decision released December 9, 1986

*Kirk A. Bennett,* for the appellant (plaintiff).

*Molly S. LeVan,* with whom, on the brief, was *Linda D. D'Albis,* for the appellee (defendant).

PER CURIAM. This case is controlled by *Mascagna* v. *Derby,* 123 Conn. 684, 194 A. 728 (1937), *Marino* v. *East Haven,* 120 Conn. 577, 182 A. 225 (1935), and *Zotta* v. *Burns,* 8 Conn. App. 169, 511 A.2d 373 (1986).

There is no error.